# UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:93-CR-00148-JRS-MJD-15 |
| Eddie Dean Gregory ) | USM No. 04563-028 |
| ) | |
| | Sara Varner |
| Date of Previous Judgment: 1/12/1995 | Defendant's Attorney |

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon joint motion of the defendant and the United States for a reduced sentence based on the First Step of Act of 2018, and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment of **405 months is reduced to 324 months**.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **405 months***   Amended Term of Imprisonment: **324 months**
Previous Supervised Release Term Imposed: **10 years**   Amended Supervised Release Term: **8 years**

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☒ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

* Defendants sentence was reduced from 480 months to 405 months on August 19, 2015.

Except as provided above, all provisions of the judgment entered 1/12/1995 shall remain in effect.

**IT IS SO ORDERED**.

Date: 8/7/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana